

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00105-CV
_____

ISAAC MILLS III AND ALL OTHER OCCUPANTS, Appellants

V.

VR ESTANCIA HOLDINGS, LP, Appellee

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2025-03180-JP

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Pro se Appellant, Isaac Mills III (Appellant), filed a timely notice of appeal on September 24, 2025.[1] The clerk's record was filed on November 4, 2025. Appellant's brief was due on January 29, 2026. When neither a brief nor a motion to extend time for filing same was received by February 13, 2026, this Court advised Appellant by letter that his brief was late. We also warned Appellant that the failure to file a brief by March 2, 2026, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Appellant did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of February 13, 2026, Appellant's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:     March 30, 2026
Date Decided:       March 31, 2026

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).